UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN TAGGART<br><br>        Plaintiff,<br><br>- against -<br><br>BAD DUCK MEDIA, INC.<br><br>        Defendant. | Docket No. 1:23-cv-00393-JSR |

## a [PROPOSED] DEFAULT JUDGMENT

**WHEREAS,** this matter came before the Court on plaintiff John Taggart ("Plaintiff")'s application for entry of a default judgment against defendant Bad Duck Media, Inc. ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

**WHEREAS,** Plaintiff filed his application for entry of default judgment seeking $30,000.00 in statutory damages for copyright infringement for one registered work, $960.00 in attorneys' fees, and $440.00 in costs;

**WHEREAS,** Defendant has not filed any opposition to Plaintiff's application for default judgment. The Court scheduled a default hearing for Plaintiff's application on _____4/17/23_____ at __9:30 a.m._____, and after service of process was effectuated under L.R. 55.2, Defendant failed to appear in person or by telephone.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered works; it is

**FURTHER ORDERED** that Defendant shall pay $30,000.00 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $960.00 in attorneys' fees and $440.00 in costs pursuant to 17 U.S.C. § 505 and Fed.R.Civ.P 54(d); it is

**FURTHER ORDERED,** that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: 4/17/23

**SO ORDERED.**

Jed S. Rakoff (U.S.D.J.)